UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Morales et al,

                              Plaintiffs,

-against-

Finale Building and Construction Corp. et al,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/08/2019
```

1:18-cv-04200 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       This case contains claims under the Fair Labor Standards Act. The parties appeared before the undersigned for a settlement conference on March 12, 2019, and reached a settlement in principle. The parties now have submitted their proposed settlement agreement and related papers. (Joint Letter, ECF No. 27.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

       Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.  The Clerk is requested to close the case.

**SO ORDERED.**

DATED:       New York, New York
                April 8, 2019

_____
STEWART D. AARON
United States Magistrate Judge