UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIHU ROMERO MORALES, SERGIO AVILA LOPEZ,
WILLIS HERNANDEZ, individually and on behalf of all others
similarly situated,

                               Plaintiffs,

    -against-

FINALE BUILDING AND CONSTRUCTION CORP. and
VINCENT CANNISTRACI, an individual,
                              Defendants.
------------------------------------------------------------------X

**PROPOSED JUDGMENT ORDER**

**18-cv-4200 (SDA)**

This action having been commenced on May 10, 2018 by the filing of the Summons and Complaint, and Defendants having respectively executed a Confession of Judgment, a copy of which is attached hereto as Exhibit A, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs ELIHU ROMERO MORALES, SERGIO AVILA LOPEZ, and WILLIS HERNANDEZ, have judgment against Defendants FINALE BUILDING AND CONSTRUCTION CORP. and VINCENT CANNISTRACI, an individual, in the liquidated amount of $65,000.00, with interest commencing the date of this Judgment as executed below in accordance with 28 U.S.C. 1961 et seq.

Dated: New York, New York

       _____, 2019

                                                           _____
                                                            United States Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIHU ROMERO MORALES, SERGIO AVILA LOPEZ,
WILLIS HERNANDEZ, individually and on behalf of all others
similarly situated,

**CONFESSION OF JUDGMENT**

Plaintiffs,

-against-

18-CV-4200 (SDA)

FINALE BUILDING AND CONSTRUCTION CORP. and
VINCENT CANNISTRACI, an individual,

Defendants.
------------------------------------------------------------X

VINCENT CANNISTRACI, being duly sworn, deposes and says:

1. I am an individual Defendant named in the above-entitled action.

2. I reside at 527 Sunnybrook Dr Oceanside, NY 11572

3. I, an individual Defendant in this matter, hereby confesses judgment in this Court in favor of the Plaintiffs, ELIHU ROMERO MORALES, SERGIO AVILA LOPEZ, WILLIS HERNANDEZ, ("Plaintiffs"), for the sum of sixty-five thousand dollars ($65,000.00) less any payments made pursuant to the Settlement Agreement in this matter, in accordance with the amicable resolution of an action between these parties pending in the Southern District of New York bearing Docket No. 18-CV-4200 (the "Litigation") and hereby authorizes Plaintiffs or their heirs, executors, administrators, or assigns to enter judgment for that sum against VINCENT CANNISTRACI.

4. I, an authorized agent of FINALE BUILDING AND CONSTRUCTION CORP., hereby confesses judgment in this Court in favor of the Plaintiffs, ELIHU ROMERO MORALES, SERGIO AVILA LOPEZ, WILLIS HERNANDEZ, ("Plaintiffs"), for the sum of sixty-five thousand dollars ($65,000.00) less any payments made pursuant to the Settlement Agreement in this matter, in accordance with the amicable resolution of an action between these parties pending in the Southern District of New York bearing Docket No. 18-CV-4200 (the "Litigation") and hereby authorizes Plaintiffs or their heirs, executors, administrators, or assigns to enter judgment for that sum against VINCENT CANNISTRACI.

5. This confession of judgment is for a debt justly due to the Plaintiffs arising out of the following facts:

Plaintiffs commenced the Litigation pursuant to the Fair Labor Standards Act and the New York Labor Law, alleging that Defendants (as Plaintiffs' employer) failed to pay proper overtime wages when Plaintiff worked over 40 hours in a particular work week and failed to pay proper minimum wages. The Litigation was amicably resolved, by the Defendants agreeing to pay a total of forty-five thousand dollars ($45,000.00) over six (6) payments as follows:

>   i. 1st installment: On or before May 15, 2019, Defendants shall provide payment in the amount of seven thousand five hundred dollars ($7,500.00). See payment schedule attached hereto as Exhibit A for allocation of payment.
>
>   ii. 2nd installment: On or before June 15, 2019, Defendants shall provide payment in the amount of seven thousand five hundred dollars ($7,500.00). See payment schedule attached hereto as Exhibit A for allocation of payment.
>
>   iii. 3rd installment: On or before July 15, 2019, Defendants shall provide payment in the amount of seven thousand five hundred dollars ($7,500.00). See payment schedule attached hereto as Exhibit A for allocation of payment.
>
>   iv. 4th installment: On or before August 15, 2019, Defendants shall provide payment in the amount of seven thousand five hundred dollars ($7,500.00). See payment schedule attached hereto as Exhibit A for allocation of payment.
>
>   v. 5th installment: On or before September 15, 2019, Defendants shall provide payment in the amount of seven thousand five hundred dollars ($7,500.00). See payment schedule attached hereto as Exhibit A for allocation of payment.
>
>   vi. 6th installment: On or before October 15, 2019, Defendants shall provide payment in the amount of seven thousand five hundred dollars ($7,500.00). See payment schedule attached hereto as Exhibit A for allocation of payment.

6. The parties also agree that should the Defendants fail to make a payment when due, after seven (7) calendar days' written notice of the default to Defendants via electronic mail to Defendants' counsel, Michael Rabinowitz, Esq., mwitz@optonline.net, Defendants would be indebted to Plaintiffs in the amount of $65,000.00, less any payments made pursuant to the Settlement Agreement in this matter.

7. In the event of such a default and entry of such judgment as described above, Defendants agree to pay and be indebted to Plaintiffs for statutory costs, reasonable attorneys' fees incurred in the process of entering and enforcing the judgment, and interest on the judgment.

8. This confession of judgment is not for the purpose of securing the plaintiff against a contingent liability, nor is it based upon a consumer credit transaction.

_____
VINCENT CANNISTRACI, as an authorized agent of FINALE BUILDING AND CONSTRUCTION CORP.

Date: 4/4/19

Sworn to before me this
4 day of April, 2019

_____
Notary Public

JUAN FERNANDO BETANCUR MARIN
Notary Public – State of New York
NO. 02BE6370863
Qualified in New York County
My Commission Expires Feb 12, 2022

_____
VINCENT CANNISTRACI, as an individual

Date: 4/4/19

Sworn to before me this
4 day of April, 2019

_____
Notary Public

JUAN FERNANDO BETANCUR MARIN
Notary Public – State of New York
NO. 02BE6370863
Qualified in New York County
My Commission Expires Feb 12, 2022